State v. Nelson

STATE OF NORTH CAROLINA v. JOHN LEE NELSON

No. 713SC633

(Filed 17 November 1971)

Criminal Law § 143— revocation of a suspended sentence

Trial judge acted within his discretion in revoking suspension of defendant's prison sentence upon a finding that defendant had wilfully violated conditions of his probation.

APPEAL by defendant from Rouse, Judge, 10 May 1971 Criminal Session of Superior Court held in CRAVEN County.

Attorney General Robert Morgan by Assistant Attorney General Edward L. Eatman, Jr., for the State.

Sam L. Whitehurst, Jr., for defendant appellant.

PARKER, Judge.

This is an appeal from a judgment revoking suspension of a six months suspended sentence upon a finding of defendant's wilfull violation of the terms of his probation. Appellant's only contention is that the court abused its discretion. There is no merit in this contention. No abuse of discretion has been shown. The court's finding that defendant had wilfully violated conditions of his probation is amply supported in the record, and such finding supports the judgment.

No error.

Judges CAMPBELL and MORRIS concur.